for petitioner. *Messrs. Gordon A. Block, Grover C. Ladner,* and *Joseph H. Sundheim* for respondents.

No. 254. PARAMOUNT PUBLIX CORP. *v.* AMERICAN TRI-ERGON CORP. See *ante,* p. 528.

No. 255. ALTOONA PUBLIX THEATRES, INC. *v.* AMERICAN TRI-ERGON CORP. ET AL.; and

No. 256. WILMER & VINCENT CORP. ET AL. *v.* SAME. See *ante,* p. 528.

No. 395. GORDON, SECRETARY OF BANKING OF PENNSYLVANIA, *v.* OMINSKY ET AL. November 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Wm. A. Schnader, Harold D. Saylor,* and *Leo Weinrott* for petitioner. *Messrs. G. C. Ladner* and *Charles Potes* for respondents.

No. 413. GULF, MOBILE & NORTHERN R. Co. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. November 5, 1934. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted limited to the question of the right of the taxpayer to deductions on account of amortization of bond discount. *Mr. George E. H. Goodner* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Morton K. Rothschild* for respondent.

Nos. 471 and 472. UNITED STATES ET AL. *v.* BANKERS TRUST Co. ET AL. November 5, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the